B110/KJF

**FILED**

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

DEC 10 2024

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) Criminal No. 24-23J |
| v. | ) (18 U.S.C. § 505) |
| MICHAEL B. COHEN | ) [UNDER SEAL] |

## INDICTMENT

### COUNT ONE

The grand jury charges:

On or about May 18, 2022, in the Western District of Pennsylvania, the defendant, MICHAEL B. COHEN, did knowingly forge the signature of Matthew W. Brann, Chief Judge of the United States District Court for the Middle District of Pennsylvania, for the purpose of authenticating a document, that is, a document purporting to be a judicial order issued by the United States District Court for the Middle District of Pennsylvania.

In violation of Title 18, United States Code, Section 505.

## COUNT TWO

The grand jury further charges:

On or about October 13, 2022, in the Western District of Pennsylvania, the defendant, MICHAEL B. COHEN, did knowingly forge the signature of Matthew W. Brann, Chief Judge of the United States District Court for the Middle District of Pennsylvania, for the purpose of authenticating a document, that is, a document purporting to be a judicial order issued by the United States District Court for the Middle District of Pennsylvania.

In violation of Title 18, United States Code, Section 505.

A True Bill,

_____
FOREPERSON

_____
ERIC G. OLSHAN
United States Attorney
IL ID No. 6290382

_____
CARL J. SPINDLER
Assistant United States Attorney
PA ID No. 325867

2