FILED
DEC 10 2024
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.

MICHAEL B. COHEN

Criminal No. 24-23J
**[UNDER SEAL]**

## INDICTMENT MEMORANDUM

AND NOW comes the United States of America, by its attorneys, Eric G. Olshan, United States Attorney for the Western District of Pennsylvania, and Carl J. Spindler, Assistant United States Attorneys for said District, and submits this Indictment Memorandum to the Court:

### I. THE INDICTMENT

A two-count indictment was filed against the above-named defendant for alleged violations of federal law:

| COUNT | OFFENSE/DATE | TITLE/SECTION |
|---|---|---|
| One | Forging the signature of a judge of a court of the United States<br><br>On or about May 18, 2022 | 18 U.S.C. § 505 |
| Two | Forging the signature of a judge of a court of the United States<br><br>On or about October 13, 2022 | 18 U.S.C. § 505 |

### II. ELEMENTS OF THE OFFENSES

**A.   As to Counts One and Two:**

In order to establish the crime of forging the signature of a judge of a court of the United States, in violation of 18 U.S.C. § 505, the government must prove all of the following essential elements beyond a reasonable doubt:

1. That on or about the date alleged in the Indictment, the defendant forged the signature of any judge, register, or other officer of any court of the United States.

2. That the defendant knowingly forged said signature.

3. That the defendant did so for the purpose of authenticating a document, as described in the Indictment.

In violation of Title 18, United States Code, Section 505.

### III. PENALTIES

**A.   As to Counts One and Two: Forging the signature of a judge of a court of the United States (18 U.S.C. § 505):**

1. Imprisonment of not more than five (5) years.

2. A fine of not more than $250,000.

3. A term of supervised release of not more than three (3) years.

### IV. MANDATORY SPECIAL ASSESSMENT

A mandatory special assessment of $100.00 must be imposed at each count upon which the defendant is convicted, pursuant to 18 U.S.C. § 3013.

### V. RESTITUTION

Restitution may be required in this case as to Counts One and Two, together with any authorized penalty, as part of the defendant's sentence pursuant to 18 U.S.C. §§ 3663, 3663A, and 3664.

## VI. **FORFEITURE**

Not applicable in this case.

                                    Respectfully submitted,

                                    ERIC G. OLSHAN
                                  United States Attorney

                                  *s/ Carl J. Spindler*
                                  CARL J. SPINDLER
                                  Assistant U.S. Attorney
                                  PA ID No. 325867